UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARETH EVAN LOMAX,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Defendants. | Civil Action No. 24-30162-MGM |

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION
(Dkt. No. 5)
April 8, 2025

MASTROIANNI, U.S.D.J.

      Plaintiff, Gareth Evan Lomax, filed this action on December 27, 2024, almost seven years after this court dismissed a previous action he brought related to many of the same events referenced in his current complaint. The case was randomly assigned to United States Magistrate Judge Katherine Robertson and, on January 30, 2025, she entered an order directing that the case be reassigned to a District Judge for further proceedings. She also recommended the receiving judge dismiss this action pursuant to the court's inherent authority. The case was reassigned the following day, and a copy of Judge Robertson's Order of Reassignment and Report and Recommendation ("R&R") was mailed to Plaintiff. As explained in the R&R, objections were due fourteen days after service of the R&R.

      The filing of the R&R provided Plaintiff with notice that the court might dismiss his complaint sua sponte and an opportunity to respond or to amend his complaint. *See Bazinet v. Beth Israel Lahey Health, Inc.*, 113 F.4th 9, 15 (1st Cir. 2024) (explaining that parties must be provided notice

and an opportunity to respond before a district court dismisses claims sua sponte). Although Plaintiff has filed several unrelated motions in the two months since the R&R was mailed to him, he has not filed objections to the R&R, sought to amend his complaint, or otherwise addressed the legal deficiencies identified in the R&R. Having now reviewed Plaintiff's complaint and the R&R, this court agrees with Judge Robertson's assessment that Plaintiff's claims lack any plausible basis in law and amendment would be futile.

For the reasons set forth in the R&R, the court hereby ADOPTS Judge Robertson's R&R (Dkt. No. 5). Accordingly, the pending motions (Dkt. Nos. 3, 4, 8, 10, 12, and 15) are found moot and this case is DISMISSED with prejudice.

It is So Ordered.

       /s/ Mark G. Mastroianni       
MARK G. MASTROIANNI
United States District Judge